ACCEPTED
12-14-00185-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/16/2015 10:28:07 AM
CATHY LUSK
CLERK

## NO. 12-14-00185-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/16/2015 10:28:07 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| JONATHAN BAKER | § | IN THE COURT OF APPEALS |
| vs. | § | FOR THE TWELFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT TYLER |

### STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended. *See* Tex. R. App. P. 38.6(d). In support of this motion, the State would show the following:

A jury convicted appellant, Jonathan Baker, of capital murder of a child under ten years of age. The State did not seek the death penalty, so the trial court assessed the mandatory sentence of life imprisonment without parole. Appellant filed his brief on appeal on November 19, 2014. The State's brief was originally due, under Rule 38.6(b) of the Texas Rules of Appellate Procedure, on December 19, 2014. On December 23, 2014, this Court granted the State's first motion for a 30-day extension of time to file the brief. The State's brief is now due on January 19, 2015. This case has not yet been set for submission.

The undersigned attorney is a part-time employee of the Dallas County District Attorney's Office and works approximately 24 hours per week. Over the past 30 days, counsel was out of the office December 22-26 and December 31 and January 1 due to the Christmas and New Year's holidays.

In addition to her briefing docket, counsel is responsible for investigating and responding to requests for post-conviction forensic DNA testing filed under Chapter 64 of the Texas Code of Criminal Procedure. Counsel was also recently given supervisory responsibility over Chapter 64 litigation. Counsel manages a busy post-conviction DNA docket, which currently consists of 24 active cases. In the past 30 days, counsel has investigated and prepared a response to a request for post-conviction DNA testing in *The State of Texas v. Charles Edward Cooper*, No. F05-71887-X. Counsel has also represented the State at a hearing on the results of post-conviction DNA testing in *The State of Texas v. Doyle Dudley Trimble*, No. F89-95141-U and has begun investigating a request for DNA testing in *The State of Texas v. William Lee Brothers*, Nos. F05-36259-U, F05-36241-U, F05-36242-U, F05-36260-U, F05-36261-U, and F05-36262-U. In addition, counsel has performed a host of other duties in connection with her supervisory responsibilities, including reviewing DNA test results; reviewing and editing responses, testing orders, and findings prepared by other attorneys in this office; monitoring the progress of cases

currently in testing; and updating the docket of pending cases. In the coming weeks, counsel is responsible for preparing and filing proposed orders granting DNA testing in the *Cooper* case. Counsel must also be available to handle any issues that may arise in any of her other pending DNA cases.

The record in the instant case consists of approximately 750 pages of testimony, much of it medical in nature. On appeal, appellant challenges the sufficiency of the evidence to prove that he intentionally or knowingly caused the victim's death. Since this was the main contested issue at trial, the undersigned attorney has had to carefully review and take detailed notes on all of the testimony presented at trial. That process has taken longer than counsel originally anticipated, due to the complexity of the testimony and the intervening holidays. Counsel has completed her review of the record in this case and has begun researching the issues and drafting the State's brief. Due, however, to counsel's part-time status and other pressing responsibilities, counsel expects that it will take an additional 30 days to complete the brief. Thus, the State requests an extension of 30 days from the present due date, or until February 18, 2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully asks that the time for filing the State's brief be extended to February 18, 2015.

Respectfully submitted,

/s/ Johanna H. Kubalak
Johanna H. Kubalak
*Assistant District Attorney*
State Bar No. 24014297
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3639
(214) 653-3643 *fax*
Anna.Kubalak@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing State's motion for extension of time to file brief was served on Michael Mowla, attorney for appellant, via electronic delivery to Michael@mowlalaw.com on January 16, 2015.

/s/ Johanna H. Kubalak
Johanna H. Kubalak